6505, 105 Ill. 2d 79, 473 N. E. 2d 868; No. 84–6534, 105 Ill. 2d 22, 473 N. E. 2d 840.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 84–6507.   CALVERT *v.* SHARP.   C. A. 4th Cir.   Certiorari denied.   JUSTICE BLACKMUN would grant certiorari.

No. 84–6250.   MILTON *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante,* p. 1030;
No. 84–6311.   MITCHELL *v.* MEESE, ATTORNEY GENERAL, *ante,* p. 1021; and
No. 84–6340.   DAY *v.* AMOCO CHEMICALS CORP., *ante,* p. 1056. Petitions for rehearing denied.

No. 84–5564.   DANO *v.* SZOMBATHY, 469 U. S. 1219.   Petition for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

JUNE 3, 1985

No. 84–1609.   MURPHY ET AL. *v.* PENNSYLVANIA HUMAN RELATIONS COMMISSION ET AL.   Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 84–1763.   WALBER, DBA WALBER CONSTRUCTION CO. *v.* UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.   Appeal from C. A. 6th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1764.   WALBER, DBA WALBER CONSTRUCTION CO. *v.* UNITED STATES.   Appeal from C. A. Fed. Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal

was taken as a petition for writ of certiorari, certiorari denied.

No. 84–6529. GAUNCE v. IDAHO. Appeal from Sup. Ct. Idaho dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. D–484. IN RE DISBARMENT OF WOLLRAB. Disbarment entered. [For earlier order herein, see 470 U. S. 1081.]

No. D–485. IN RE DISBARMENT OF LOGAN. Disbarment entered. [For earlier order herein, see 470 U. S. 1081.]

No. D–486. IN RE DISBARMENT OF DELK. Leonard Adolph Delk, of Long Beach, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on March 25, 1985 [470 U. S. 1081], is hereby discharged.

No. D–494. IN RE DISBARMENT OF EDWARDS. It is ordered that Robert Douglas Edwards, of Destin, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–495. IN RE DISBARMENT OF DICKER. It is ordered that Leon Dicker, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–496. IN RE DISBARMENT OF HYTER. It is ordered that Charles Kilburn Hyter, of Hutchinson, Kan., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–497. IN RE DISBARMENT OF MOORE. It is ordered that Michael Maulsby Moore, of Everett, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.